**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH DAKOTA
NORTHERN DIVISION**

| | | |
|---|---|---|
| Edwin Allen and | ) | |
| Joan Allen, (spouse) | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | Civ. 05-1021 |
| | ) | |
| Brown Clinic, P.L.L.P., | ) | |
| a South Dakota limited Liability | ) | |
| Partnership, d/b/a Brown Clinic and | ) | |
| Edwin Gerrish, M.D., an individual, | ) | **ORDER** |
| | ) | |
| Defendants. | ) | |

The Defendant's have filed a motion in limine addressing nine separate anticipated evidentiary issues. The standard practice of this Court is to deny motions in limine without prejudice and subject to their being renewed at trial as the evidence presents itself. The Court will sustain objections to the proffer of material which is extraneous, irrelevant, absurd, or otherwise inadmissable. As to those areas on which disagreements do exist the Court appreciates being forewarned of the potential evidentiary issues.

The motion in limine is denied without prejudice.

**IT IS SO ORDERED.**

Dated this 19th day of July, 2007.

/s/ *Patrick A. Conmy*
Patrick A. Conmy, Senior District Judge
United States District Court