**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH DAKOTA
NORTHERN DIVISION**

| | |
|---|---|
| Edwin Allen and ) | |
| Joan Allen, (spouse) ) | |
|           ) | |
|      Plaintiffs, ) | |
|           ) | |
| vs.      ) | Civ. 05-1021 |
|           ) | |
| Brown Clinic, P.L.L.P., ) | |
| a South Dakota limited Liability ) | |
| Partnership, d/b/a Brown Clinic and ) | |
| Edwin Gerrish, M.D., an individual, ) | **ORDER** |
|           ) | |
|      Defendants. ) | |

___

Before the Court is the Plaintiffs' motion for permission to contact the trial jurors in order to obtain their impressions of the case. The Plaintiffs argues this is necessary in order to assess the relative merits of a possible appeal within the time allowed for filing an appeal. Local Rule 47.2 generally prohibits such contact but allows the Court to order exceptions. The Court agrees with the Plaintiffs and will allow the parties to contact the trial jurors with the understanding that the jurors are under no obligation to speak to the parties.

Accordingly, the Plaintiffs' motion is **GRANTED**. Counsel for both parties are free to contact the trial jurors.

**IT IS SO ORDERED.**

Dated this 14th day of August, 2007.

/s/ *Patrick A. Conmy*
Patrick A. Conmy, Senior District Judge
United States District Court